**No. P68/54.**—Marset, Inc. *v.* United States, protests 63/13081 and 63/13082 (New York).

**No. P68/55.**—Marset, Inc. *v.* United States, protests 65/3784, etc. (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain varnish or ink pastes similar in all material respects to those the subject of *Marset, Inc.*, and *W. J. Byrnes & Co. of N.Y., Inc.* v. *United States* (50 Cust. Ct. 127, C.D. 2400), wherein the merchandise was held to be an entirety, the claim of the plaintiff was sustained.

**No. P68/56.**—Frankel Associates, Inc. *v.* United States, protests 64/21819, etc. (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of rattancore sleighs similar in all material respects to those the subject of *Imported Merchandise Company* v. *United States* (56 Cust. Ct. 554, C.D. 2702), and that the items of merchandise marked "B" consist of rattancore "wheel barrels" similar in all material respects to those the subject of *Imported Merchandise Company* v. *United States* (52 Cust. Ct. 313, Abstract 68437), the claim of the plaintiff was sustained.

**No. P68/57.**—Amco Customs Brokerage Co. *v.* United States protest 64/12292 (Philadelphia).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.